IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IMRAN NIAZI,

    Plaintiff,

v.

BIOTRONIK, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-185-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Biotronick, Inc. against plaintiff Imran Niazi dismissing this case for improper venue.

| s/ J. Smith, Deputy Clerk | 11/07/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |